# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## GREENVILLE DIVISION

| | | |
|---|---|---|
| Brenda Black, as Personal Representative of the Estate of David Posey | ) ) ) | CIVIL ACTION NO.: 5:24-CV-04949-JFA-KDW |
| Plaintiff, | ) | |
| v. | ) ) | **STIPULATION OF DISMISSAL** |
| Charles Angello, Ted Wojick, Christel Brown, Caleb Reeves, Christopher Fudge, Hillary Bentley and Daniel Martin | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

Plaintiff hereby moves pursuant to Rule 41 of the Federal Rules of Civil Procedure to dismiss this matter.  The dismissal is with prejudice.

WE MOVE:                                                             WE CONSENT:

__s/Sarah T. Collins_____          ___s/John Patrick "Jack" Riordan_____
Kyle White (Fed. I.D. 11774)                                  John Patrick "Jack" Riordan (Fed. I.D. 07314)
James A. Bradshaw (Fed. I.D. 11680)                  Charles F. Turner, Jr. (Fed. I.D. 05849)
Sarah T. Collins (Fed. I.D. 14174)                        WILLSON, JONES, CARTER & BAXLEY, P.A.
WHITE, DAVIS, AND WHITE LAW FIRM, P.A.       jpriordan@wjcblaw.com
kyle@wdwlawfirm.com                                         cfturner@wjcblaw.com
drew@wdwlawfirm.com                                       325 Rocky Slope Road, Suite 201
saraht@wdwlawfirm.com                                     Greenville, SC 29607
209 East Calhoun Street                                     (864) 672.3721
Post Office Box 1346
Anderson, SC 29621
(864)231-8090                                                     Attorneys for Defendants Ted Wojick, Christel
                                                                          Brown, Caleb Reeves, Christopher Fudge, Hillary
                                                                          Bentley, and Daniel Martin

Attorneys for Plaintiff
                                                                          ___s/David A. Anderson_____
                                                                          David A. Anderson (Fed. ID #6775)
                                                                          RICHARDSON, PLOWDEN & ROBINSON, P.A.
                                                                          danderson@richardsonplowden.com
                                                                          PO Drawer 7788
                                                                          Columbia, SC 29202
                                                                          (803) 771.4400

                                                                          Attorney for Defendant Charles Angello